CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG -1 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM MUHAMMAD,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:16-cv-00500 |
| v. | ) <br> ) | **ORDER** |
| Y. TAYLOR, et al.,<br>    Defendants. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the claims against Washington are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(c); Locust's motion to dismiss is **GRANTED**; Taylor, Clary, Arms, Sykes, Mathena, Lowe, Kiser, Lee, Kegley, Hurt, and Ponton's motion for summary judgment is **GRANTED in part** and **DENIED in part**; the parties may engage in discovery within sixty days; discovery shall be completed within thirty days thereafter; and the parties may file dispositive motions no sooner than within fifteen days of the completion of discovery.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record.

ENTER: This 1st day of August, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge